UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 7, 1999

FILED ____ ENTERED
LOGGED ____ RECEIVED

DEC 1 4 1999

AT BALTIMORE
CLERK U S DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

MEMORANDUM TO COUNSEL RE:   TAYLOR v. MAYOR AND
CITY COUNCIL OF BALTIMORE
Civil #L-96-855

I thank counsel for your status report of December 7, 1999. The Court grants your request to extend the discovery until February 15, 2000. Counsel are directed to submit a status report on or before February 15, 2000.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File
    (w/ 12/7/99 Status report)