CITY OF BALTIMORE

MARTIN O'MALLEY, Mayor



DEPARTMENT OF LAW

THURMAN W. ZOLLICOFFER, JR., City Solicitor
101 City Hall
Baltimore, Maryland 21202

February 3, 2000

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

The Honorable Benson E. Legg
U. S. District Judge
U. S. District Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Hand Delivery

FEB 7 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re: *Taylor v. Mayor & City Council of Baltimore*
Civil Action No. L-96-855

Dear Judge Legg:

The parties have discussed and agreed to an extension of the discovery deadline of February 15, 2000. The parties would like to extend the deadline to Tuesday, February 29, 2000, and would like your approval of this extension.

Thank you for your attention to this matter.

Very truly yours,

James S. Ruckle, Jr.
Associate Solicitor

JSR/alb

cc: Francis J. Collins, Esq.

APPROVED:

__B. Legg__          __2/7/2000__
Judge                    Date

Printed on recycled paper with environmentally friendly soy based ink.