IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATIE TAYLOR, ET AL.          :
                              :
v.                            :   CIVIL NO. L-96-855
                              :
MAYOR AND CITY COUNCIL OF     :
   BALTIMORE, ET AL.          :

ORDER

The Court held a telephone conference on the record in the above matter on April 6, 2000. For the reasons stated in the conference, the Court ORDERS that:

(i) cross-motions for summary judgment are to be filed in accordance with Local Rule 105.2(c), and are to be briefed according to the following schedule:

   (a)   by June 9, 2000, Defendants shall file a cross-motion for summary judgment accompanied by a single memorandum both opposing Plaintiffs' motion and supporting Defendants' motion;

   (b)   Plaintiffs shall file an opposition/reply by June 23, 2000;

   (c)   Defendants shall file a reply by July 7, 2000.

IT IS SO ORDERED this 10TH day of April, 2000.

_____
Benson Everett Legg
United States District Judge