UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 9, 2000

MEMORANDUM TO COUNSEL RE:   Katie Taylor, et al. v.
Mayor and City Council of Baltimore
Civil #L-96-855

    On January 21, 2000, Plaintiffs filed a Motion to Compel (Docket no. 33). Since that time, there has been no further briefing on the motion. The Court did, however, extend the discovery deadline at the request of both parties. The Court has subsequently held a conference to set the schedule for the filing of cross-motions for summary judgment. At that conference, the plaintiffs did not mention their pending Motion to Compel. The Court assumes that the discovery dispute has been resolved.

    The Court therefore ORDERS that the Plaintiffs' Motion to Compel is DENIED AS MOOT. If the plaintiffs wish to press their motion, they may file a brief motion reasserting their motion to compel. The parties are advised to review the filing requirements of Local Rule 104.8.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file