IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATIE TAYLOR, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. L-96-855 |
| MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, | * | |
| | * | |
| Defendants | * | |
| | * | |

* * * * * * * * * * *

**PROPOSED ORDER**

Having considered the Defendants' request for extension of the scheduling order, it is this _6th_ day of _June_, 2000,

**O R D E R E D** that the request is **GRANTED**.

_____
Judge