

DEPARTMENT OF LAW

October 30, 2000

Honorable Benson Everett Legg
United State District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

        **Re:    Katie Taylor et al v. Mayor and City Council of Baltimore**
                 **Civil # L-96-855**

Dear Judge Legg:

        Per my telephone conversation this morning with your secretary, Ann, please accept this letter as a formal request to stay ruling on the Cross Motions for Summary Judgment that were previously filed by the parties in the above-referenced matter.

        The parties desire to settle this matter and are presently engaged in an intensive review of the relevant time sheets, but have not yet completed it. Thus, the parties have discussed this among ourselves and are jointly requesting that the Court stay ruling on all dispositive motions at this time. Inasmuch as there is no trial date currently pending, this will not affect the Court's calendar.

        Thank you for attention to and consideration of the within. Mr. Collins has orally authorized me to send his name below.

                                        Very truly yours,

                                        By:
                                        Deborah K. St.Lawrence (Bar #025052)
                                        **Attorneys for Defendant, Mayor and City**
                                        **Council of Baltimore**

*Approved:*
*Counsel shall submit*
*a joint status report*
*by December 4, 2000.*

        *Benson Legg*
        *USDJ*
        *10/31/00*

                                        By:
                                        Francis J. Collins, Esquire
                                        **Attorneys for Plaintiffs**

LAW OFFICES

# KAHN, SMITH & COLLINS, P.A.

201 NORTH CHARLES STREET
10TH FLOOR
BALTIMORE, MARYLAND 21201-4102

JOEL A. SMITH
ANDREW H. KAHN
FRANCIS J. COLLINS✛
DAVID V. DIGGS
KEITH J. ZIMMERMAN✶
LESLIE A. PLADNA✶
TRAVIS M. MASTRODDI
SABRINA WILLIS

TELEPHONE **(410) 244-1010**
FAX **(410) 244-8001**
TOLL FREE **(877) 244-1212**



✛ALSO ADMITTED IN FLORIDA
✶ALSO ADMITTED IN D.C.

**Sender's E-Mail Address**
**collins@kahnsmith.com**

October 30, 2000

The Honorable Benson Everett Legg
U.S. District Court for the District of Maryland
Room 340
101 West Lombard St.
Baltimore, MD 21201

> **RE:    Taylor v. Mayor and City Council of Baltimore**
> **Civil Action No.: L-96-855**

Dear Judge Legg:

This letter is merely to confirm the letter that was sent by Defense counsel today. Plaintiffs agree that the case should be placed on hold while we attempt to settle this case. I would expect to be able to let you know our progress within a month.

Very truly yours,

**KAHN, SMITH & COLLINS, P.A.**

By:

Francis J. Collins

cc:  Deborah K. St. Lawrence