UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 24, 2001

MEMORANDUM TO COUNSEL

    Re:    Taylor, et al. v. Mayor & City Council of Baltimore
             Civil # L-96-855

Dear Counsel:

    On October 31, 2000 counsel advised me that they intended to settle the case and formally requested that I not rule on the pending cross motions for summary judgment. Counsel also requested time in which to complete the laborious process of reviewing time sheets. In an order of October 31, 2000, I granted the request and directed counsel to provide me with a status report by December 4, 2000.

    In a joint letter of December 4, 2000, counsel advised me that they were still reviewing time sheets and requested an additional eight weeks to continue reviewing time sheets. The joint letter also requested me to stay ruling on all dispositive motions.

    I hereby grant the joint request. Counsel shall provide me with their next status report on February 20, 2001.

    I also hereby DISMISS WITHOUT PREJUDICE the pending cross motions for summary judgment. If the settlement talks fail, either side may file a written request to reopen the motions and advise me whether either side wishes to file supplemental briefs. I will reopen the motions and schedule a hearing.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                            Very truly yours,

                                            Benson Everett Legg

c:    Court file