UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 1, 2001

MEMORANDUM TO COUNSEL

    Re:    Taylor, et al. v. Mayor & City Council of Baltimore
             Civil # L-96-855

Dear Counsel:

    On January 24, 2001 I dismissed without prejudice the cross motions for summary judgment that had been filed, pending the outcome of ongoing settlement negotiations. I hereby DISMISS Plaintiff's Motion to Strike Affidavits filed by the City of Baltimore (Docket #48) as MOOT. If the settlement talks fail, the plaintiff may file a written request to reopen the motion.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file