LAW OFFICES
# KAHN, SMITH & COLLINS, P.A.

JOEL A. SMITH
ANDREW H. KAHN
FRANCIS J. COLLINS+
DAVID V. DIGGS
KEITH J. ZIMMERMAN✶
LESLIE A. PLADNA✶
TRAVIS M. MASTRODDI
SABRINA WILLIS
RAINA M. RATH

201 NORTH CHARLES STREET
10ᵀᴴ FLOOR
BALTIMORE, MARYLAND 21201-4102

TELEPHONE (410) 244-1010
FAX (410) 244-8001
TOLL FREE (877) 244-1212

+ALSO ADMITTED IN FLORIDA
✶ALSO ADMITTED IN D.C.

Sender's E-Mail Address
collins@kahnsmith.com

February 20, 2001

The Honorable Benson Everett Legg
U.S. District Court for the District of Maryland
Room 340
101 West Lombard St.
Baltimore, MD 21201

    RE:    **Taylor v. Mayor and City Council of Baltimore**
              **Civil Action No.: L-96-855**

Dear Judge Legg:

    Please consider this letter the joint status report due on February 20, 2001.

    The parties have met several times in an attempt to settle this case. We have also reviewed hundreds of pay records in an attempt to calculate potential damages. Unfortunately, we still have not been able to reach an agreement that would be acceptable to both sides.

    Counsel for the City has forwarded a proposal to her client for consideration and we are waiting for word about whether it would be acceptable. We expect to have a further meeting this week in a further attempt to resolve this matter. We respectfully request another thirty days extension. Deborah St. Lawrence has authorized me to represent that this letter is also sent on her behalf.

                              Very truly yours,

                              KAHN, SMITH & COLLINS, P.A.

                              By: _____
                                  Francis J. Collins

cc: Deborah K. St. Lawrence

Approved February 27, 2001
Benson Everett Legg
(USDJ)