UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 15, 2001

MEMORANDUM TO COUNSEL

    Re:    Taylor, et al. v. Mayor & City Council of Baltimore
             Civil #L-96-855

Dear Counsel:

    Pursuant to this Court's Order of February 27, 2001, a status report was due on March 29, 2001. To date, no report has been filed. Counsel shall submit the report on or before May 22, 2001.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                    Very truly yours,

                                    Benson Everett Legg

c:    Court File

