

CITY OF BALTIMORE
MARTIN O'MALLEY, Mayor

DEPARTMENT OF LAW
HERMAN A. ZOELLER, JR., City Solicitor
101 City Hall
Baltimore, Maryland 21202

May 22, 2001

Honorable Benson Everett Legg
United State District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

       Re:   **Katie Taylor et al v. Mayor and City Council of Baltimore**
              **Civil # L-96-855**

Dear Judge Legg:

    Per this Court's Order dated May 15, 2001, please accept this letter as a joint status report on the above-referenced matter.

    The parties are continuing settlement negotiations. Counsel for the plaintiffs has forwarded a proposal to the City for consideration. The parties have discussed money and hope to schedule another meeting soon in a further attempt to agree on a monetary value. We respectfully request another thirty days extension.

    Thank you for attention to and consideration of the within. Mr. Collins has orally authorized me to send his name below.

                                                  Very truly yours,

                                                  By:
                                                  Deborah K. St.Lawrence, Esquire (Bar #025052)
                                                  **Attorneys for Defendant, Mayor and City Council of Baltimore**

                                                  By:
                                                  Francis J. Collins, Esquire
                                                  **Attorneys for Plaintiffs**

APPROVED THIS 2nd DAY OF July, 2001

_____
BENSON EVERETT LEGG, U.S.D.J.

Printed on recycled paper with environmentally friendly soy based ink