UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 22  A 10: 29

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

August 20, 2001

MEMORANDUM TO COUNSEL RE:   Katie Taylor, et al. v.
Mayor & City Council of Baltimore
Civil #L-96-855

Dear Counsel:

By marginal order of July 2, 2001, the parties were granted a 30-day extension with regard to settlement negotiations. To date, nothing has been submitted to the Court. Accordingly, on or before August 31, 2001, a joint written status report is due.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file