UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 28   A 10: 45

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

August 27, 2001

MEMORANDUM TO COUNSEL RE:   Katie Taylor, et al. v.
Mayor & City Council of Baltimore
Civil #L-96-855

Dear Counsel:

    A hearing has been scheduled for September 12, 2001, at 2 p.m. to discuss the matters mentioned in Mr. Collins' letter of August 21, 2001.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                        Very truly yours,

                        Benson Everett Legg

c:   Court file

