UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

September 12, 2001

MEMORANDUM TO COUNSEL RE:   Taylor, et al. v. Mayor & City Council of Baltimore
Civil #L-96-855

Dear Counsel:

On Wednesday, September 12, 2001, I held a hearing regarding the proposed settlement of this case, in which Mr. Collins and Ms. St. Lawrence participated. Mr. Collins stated that under the Fair Labor Standards Act, a class may be certified as an opt-in class, meaning that anyone who does not opt-in may pursue a separate claim. Ms. St. Lawrence agreed that this was an appropriate way to implement the settlement.

As soon as counsel complete the settlement agreement, Mr. Collins shall submit a copy of the agreement, an explanation of the agreement, and a proposed order stating the mechanisms for class notification and a fairness hearing. Mr. Collins shall do sufficient legal research to establish that all of the legal technicalities are complied with.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file