IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATIE TAYLOR, et al.

    Plaintiffs,

v.                        Civil Action #: L 96-855

MAYOR AND CITY COUNCIL OF BALTIMORE

    Defendant.

-o0o-

**ORDER FOR FAIRNESS HEARING ON PROPOSED SETTLEMENT**

Upon consideration of the Motion to Approve a Settlement, it is this 12th day of October, 2001 hereby,

ORDERED that a hearing on the fairness of the proposed settlement shall be conducted in Courtroom 4D of the United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201 at 4:30 p.m. on November 15, 2001, and it is further,

ORDERED, that any plaintiff opposing the proposed settlement shall appear at the fairness hearing and/or file written notice of his/her opposition to said settlement on or before the date of the fairness hearing, and it is further

ORDERED, that a copy of the proposed settlement agreement and this notice shall be sent, by first class mail to the last known addresses of all Plaintiffs, on or before October 15, 2001.

NOTE: If a plaintiff is not opposed to the settlement, no further action need be taken at this time.

_____
The Honorable Benson Everett Legg
United States District Judge