# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

KATIE TAYLOR, et al.

    Plaintiffs,

v.                         Civil Action #: L 96-855

MAYOR AND CITY COUNCIL OF BALTIMORE

    Defendant.

-oOo-

**ORDER APPROVING SETTLEMENT AGREEMENT**

Upon consideration of the Motion to Approve Settlement, it is this **28TH** day of November, 2001 hereby, ORDERED that said Settlement Agreement is hereby approved and as reasons the Court states:

1.     A hearing on the fairness of the proposed settlement was conducted on November 15, 2001. Prior to that hearing the Plaintiffs' counsel sent notice of the hearing by U.S. Mail to the last known addresses of all Plaintiffs on October 15, 2001. A sample of that notice was made Exhibit A at the hearing on November 15, 2001. Additionally, the City of Baltimore provided said notice of the hearing to all plaintiffs that are current employees through interoffice mail.

2.     This case has been certified as an opt-in class action. Therefore, the settlement does not, and is not intended to, affect the rights of any persons that are not already parties to this case.

3.     On the day of the hearing, no Plaintiffs appeared in opposition to the settlement and Plaintiffs' counsel represented to the Court that he is not aware of any Plaintiffs that are opposed to the settlement. Additionally, Plaintiffs were given the option of filing written notice of opposition to the settlement and none were received by the Court prior to the hearing.

4.     At the time of the hearing the Court inquired about the merits of the case, the



reasonableness of the settlement proposed and the methods by which the settlement amount was derived. The Court is convinced that the amount of the settlement is reasonable in light of the relative merits of the case.

5. At the time of the hearing the Court inquired about the attorneys fees charged by Plaintiffs' counsel. Plaintiffs' counsel explained that he has a signed retainer from each Plaintiff which authorizes a one-third contingency fee. Upon further inquiry, the Court became convinced that, given the amount of time and effort expended by Plaintiffs' counsel, that fee is fair and reasonable.

6. Given all of these factors, the Court finds that the settlement is fair, adequate and reasonable to all parties and it is hereby APPROVED.

7. Pursuant to the terms of the settlement, Plaintiffs' counsel shall forward a notice of dismissal with prejudice within a week of receipt of the lump sum payment of $225,000 by the City. Disbursement may commence thirty days after such dismissal if no appeal has been filed.

_____
The Honorable Benson Everett Legg
United States District Judge

LAW OFFICES

# KAHN, SMITH & COLLINS, P.A.

JOEL A. SMITH  
ANDREW H. KAHN  
FRANCIS J. COLLINS+  
DAVID V. DIGGS  
KEITH J. ZIMMERMAN✱  
PHILIP STURMAN✱  
TRAVIS M. MASTRODDI  
STEVEN M. LUBAR  
LINDA D. McKEEGAN#  
STEVEN J. BROTMAN, M.D.

201 NORTH CHARLES STREET  
10TH FLOOR  
BALTIMORE, MARYLAND 21201-4102

TELEPHONE (410) 244-1010  
FAX (410) 244-8001  
TOLL FREE (877) 244-1212

+ ALSO ADMITTED IN FL  
✱ ALSO ADMITTED IN DC  
# ALSO ADMITTED IN NJ, NY & OH

**Sender's E-Mail Address**  
collins@kahnsmith.com

November 26, 2001

The Honorable Benson Everett Legg  
U.S. District Court for the District of Maryland  
Room 340  
101 West Lombard St.  
Baltimore, MD 21201

    RE:    **Taylor v. Mayor and City Council of Baltimore**  
             **Civil Action No.: L-96-855**

Dear Judge Legg:

    Enclosed please find a proposed order arising out of the hearing on November 15, 2001. This has been approved by Ms. St. Lawrence and me. I have included a copy of same on disk in case you have any additions or changes. Thank you in advance for your prompt attention to this matter.

                             Very truly yours,

                             KAHN, SMITH & COLLINS, P.A.

                             By: Francis J. Collins

cc:  Deborah K. St. Lawrence