UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND         FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of                                                         101 West Lombard Street
**BENSON EVERETT LEGG**                          2002 JAN 29  A  9: 45  Baltimore, Maryland 21201
United States District Judge                                              (410) 962-0723

January 28, 2002                    CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY


MEMORANDUM TO COUNSEL RE:        Katie Taylor, et al. v.
Mayor & City Council of Baltimore
Civil #L-96-855


Dear Counsel:

I note that this case remains open on the docket. An Order approving the settlement agreement was signed on November 28, 2001. Accordingly, a written status report is due on or about February 7, 2002.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.


Very truly yours,

B Legg

Benson Everett Legg


c:      Court file