IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATIE TAYLOR, et al.

    Plaintiffs,

v.                                                      Civil Action # L-96-855

MAYOR AND CITY COUNCIL OF BALTIMORE

    Defendant.

-o0o-

**NOTICE OF DISMISSAL**

The parties, Katie Taylor, *et al.*, by and through their attorneys, Francis J. Collins, and Kahn, Smith & Collins, P.A., and the Mayor and City Council of Baltimore City, by and through its attorney, Deborah St. Lawrence, hereby dismiss, with prejudice, the instant case.

                                    **KAHN, SMITH & COLLINS, P.A.**

                                    Francis J. Collins, Esquire
                                    201 North Charles Street, 10th Floor
                                    Baltimore, Maryland 21201
                                    410-244-1010
                                    collins@kahnsmith.com
                                    Attorney for Plaintiffs

                                    Deborah St. Lawrence, Assistant Solicitor
                                    Baltimore City Department of Law
                                    130 City Hall
                                    100 N. Holliday Street
                                    Baltimore, MD 21202
                                    Attorney for Defendant

APPROVED THIS 10TH DAY OF February, 2002

Benson Everett Legg, U.S.D.J.